AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

NORTHERN District of CALIFORNIA

| | |
|---|---|
| THE ROUND TABLE FRANCHISE CORPORATION, a California Corporation<br>*Plaintiff*<br>v.<br>CONSUMER CAPITAL PARTNERS LLC, a Delaware Limited Liability Company<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. CV 13 2130 DMR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    Consumer Capital Partners LLC, a Delaware Limited Liability Company

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Robert C. Holtzapple (SBN 145954); Morgan T. Jackson (SBN 250910)
Farella Braun + Martel LLP
235 Montgomery St., 17th Floor
San Francisco, CA 94104
(415) 954-4400

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**RICHARD W. WIEKING**

*CLERK OF COURT*

Date: MAY -8 2013

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

28931\3665624.1